**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 11-MJ–00148-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. EDWIN LEHI, JR. ,**

**Defendant.**

**MINUTE ORDER RE-SETTING DETENTION & PRELIMINARY HEARINGS**

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

      Counsel for the Defendant requested that this matter be set later in the day on September 20, 2011 because of a conflict with his duties in state court and the Government having no objection, therefore:

      **IT IS HEREBY ORDERED** that this matter is re-set for Detention and Preliminary Hearing at **4:00 p.m. on September 20, 2011** before the Magistrate Judge in Durango, Colorado.

**DATED: September 19, 2011.**

                                    **BY THE COURT:**

                                    **s/David L. West**
                                    **United States Magistrate Judge**