**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

Criminal No. 11-MJ-00148-DLW

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

**1. EDWIN LEHI, JR.,**

Defendant.

---

**MINUTE ORDER RESCHEDULING ARRAIGNMENT
AND DISCOVERY CONFERENCE HEARING**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Magistrate Judge's office has conferred with counsel and there are no objections, therefore;

**IT IS HEREBY ORDERED** that the Arraignment and Discovery Conference Hearing previously scheduled for October 6, 2011 at 4:00 p.m. is **VACATED** and **RESCHEDULED** for **October 11, 2011 at 3:00 p.m.** before the Magistrate Judge in Durango, Colorado.

**DATED: September 26, 2011.**

                        **BY THE COURT:**

                        **s/David L. West**
                        **United States Magistrate Judge**